IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Clarke, Stephen C | Case Number: 07 B 09941 |
|---|---|---|
| | Clarke, KenQwonna M | Judge: Hollis, Pamela S |
| | Printed: 10/2/07 | Filed: 6/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 17,000.00 | 0.00 |
| 3. | Litton Loan Servicing | Unsecured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 59.56 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 22.41 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 41.92 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,062.72 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 108.99 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 108.99 | 0.00 |
| 10. | HSBC Bank USA | Secured | | No Claim Filed |
| 11. | Village of Maywood | Secured | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Bootcamp Elite | Unsecured | | No Claim Filed |
| 14. | CC | Unsecured | | No Claim Filed |
| 15. | Forest Park National Bank | Unsecured | | No Claim Filed |
| 16. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 17. | Blatt Hasenmiller Leisker | Unsecured | | No Claim Filed |
| 18. | Faye Walters | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Feingold & Levy | Unsecured | | No Claim Filed |
| 21. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 25. | T Mobile | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clarke, Stephen C
Clarke, KenQwonna M
Printed: 10/2/07

Case Number: 07 B 09941
Judge: Hollis, Pamela S
Filed: 6/2/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Orchard Bank | Unsecured | | No Claim Filed |
| 27. | Trinity Orthopedics | Unsecured | | No Claim Filed |
| 28. | Troy Q Smith $ Associates | Unsecured | | No Claim Filed |
| 29. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 30. | Apelles | Unsecured | | No Claim Filed |
| 31. | Payday Loan | Unsecured | | No Claim Filed |
| 32. | Credit Protection Association | Unsecured | | No Claim Filed |
| 33. | AT&T | Unsecured | | No Claim Filed |
| 34. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 18,404.59 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_